***EXHIBIT 2***

Order 131-25/26
Passage: 9-0 on 02/23/2026, as an emergency

Effective: 02/23/2026

MARK DION (MAYOR)
PIOUS ALI (A/L)
APRIL D. FOURNIER (A/L)
BENJAMIN GRANT (A/L)

**CITY OF PORTLAND**
IN THE CITY COUNCIL

SARAH MICHNIEWICZ (1)
WESLEY PELLETIER (2)
REGINA L. PHILLIPS (3)
ANNA BULLETT (4)
KATE SYKES (5)

**ORDER EXTENDING FOR 179 DAYS THE MORATORIUM ON THEATER AND PERFORMANCE HALL PROJECTS WITH A CAPACITY EXCEEDING 2000 PEOPLE IN THE CITY OF PORTLAND ESTABLISHED BY ORDER 9-25/26**

**WHEREAS,** the City of Portland continues to face significant and demonstrable parking pressure as a result of land development, tourism, and commerce on the Downtown Peninsula which has continued to create hardships for members of the public and commercial enterprises; and

**WHEREAS,** increased traffic before and after large events at theaters and performance halls are known to cause unsafe road conditions and strain parking resources; and

**WHEREAS,** as set forth in Table 18-A of the City of Portland Land Use Code, there are no parking minimums for theaters and performance halls, regardless of the anticipated capacity, and this issue requires further study and potential amendments to the Land Use Code in order to protect the public welfare and safety and prevent overburdening of public parking facilities; and

**WHEREAS,** section 14.6.8.14 of the City's Land Use Code only requires a 100-foot buffer in the B-3 and WCZ zones between businesses with entertainment licenses; and

**WHEREAS,** the City's Land Use Code does not require a larger buffer between large theaters and performance halls, which should be considered to protect public safety and ensure that these venues are not clustered and do not overburden public infrastructure and city services or create unsafe road conditions for pedestrians, bicycles and vehicles; and

**WHEREAS,** a larger buffer should also be considered to prevent serious public harm to the creative economy, character, and vitality of the City's downtown region and ensure existing venues are not displaced, jobs at those venues are not lost, and the unique character of Portland's arts community and its accessibility for all residents is not eroded; and

**WHEREAS,** along with a proposed development project's end use and impact on Portland's economy, the City must also consider the employment and workforce development opportunities that the construction of that project would and could have on Portland's diverse workforce, including the establishment of labor standards related to health and safety, wages, benefits, registered apprenticeship participation, and local and diverse employment benchmarks, akin to those established in partnership with local labor unions; and

**WHEREAS,** on August 11, 2025, by Order 9-25/26, the City Council of Portland Maine implemented a Moratorium on theater and performance hall projects with a capacity exceeding 2000 people; and

**WHEREAS**, as required by Order 9-25/26, the City's Housing and Economic Development Committee held a meeting on November 18, 2025 during which it discussed a proposal by Councilors Pelletier and Ali to require, among other things, 750 feet of separation between large theaters and performance halls and requested that City staff prepare draft amendments to the City's Land Use Code to incorporate that requirement; and

**WHEREAS,** the Housing and Economic Development Committee did not meet in December 2025, but at its meeting on January 20, 2026, the Committee received an update from staff who indicated that proposed amendments to the Land Use Code were nearly complete and recommended that the Committee meet as soon as possible to review the amendments; and

**WHEREAS**, the Housing and Economic Development Committee scheduled a special meeting on February 3, 2026 to review the amendments, and, if the Committee supports the amendments, it is anticipated that the Committee will recommend that the amendments be reviewed by the Planning Board at its meeting on February 24, 2026, and send a recommendation to the Council thereafter; and

**WHEREAS,** the existing Moratorium is scheduled to expire on March 9, 2026, prior to consideration of proposed code amendments by the City Council; and

**WHEREAS**, the conditions that gave rise to the original moratorium persist, and the City is actively working to address them by pursuing amendments in accordance with the process initiated by Order 9-25/26.

**NOW, THEREFORE,** pursuant to its authority in 30-A M.R.S. §§ 3001 and 4356, and notwithstanding the provisions of 1 M.R.S. § 302, the Portland City Council hereby extends the existing Moratorium for an additional one hundred seventy-nine (179) days through September 4, 2026, on any and all proceedings, applications, petitions, and approvals required under the City's Land Use Code that were or have been pending before any officer, board, or agency of the City on or any time after December 1, 2024 for the development of new theaters or performance halls with a capacity exceeding 2000 people; and,

**BE IT ORDERED,** that no permit applications for any new theaters or performance halls with a capacity exceeding 2000 people shall be accepted, processed, reviewed, or approved by the City or the Planning Board for the period of this Moratorium; and

**BE IT FURTHER ORDERED,** that those provisions of the City's Land Use Code that are inconsistent or conflicting with the provisions of this Moratorium, are hereby repealed to the extent that they are applicable for the duration of this Moratorium, but not otherwise; and

**BE IT FURTHER ORDERED,** that during the time that this Moratorium is in effect, the City's Housing and Economic Development Committee, with the assistance of Housing and Economic Development and Planning staff, shall continue their review of the City Code, including, but not limited to, Chapters 4, 6, 14, and 15 and develop amendments for consideration by the Planning Board and City Council to address the concerns addressed in this Moratorium; and

**BE IT FURTHER ORDERED,** that this Moratorium shall remain in effect until the earlier of the effective date of amendments to the City Code adopted pursuant to this Moratorium or September 4, 2026, unless extended, repealed, or modified by the Portland City Council; and

**BE IT FURTHER ORDERED,** that to the extent any provision of this Moratorium is deemed invalid by a court of competent jurisdiction, the balance of the Moratorium that shall remain shall be considered valid; and

**BE IT FURTHER RESOLVED,** that this order is enacted as an Emergency, pursuant to Article II, Section 11 of the Portland City Charter, in order to make it effective immediately.