***EXHIBIT 3***

Order 224-25/26
Passage: 5-4 on 06/01/2026 (Councilors Sykes, Michniewicz, Phillips and Mayor Dion opposed)

Effective: 06/10/2026

MARK DION (MAYOR)
PIOUS ALI (A/L)
APRIL D. FOURNIER (A/L)
BENJAMIN GRANT (A/L)

**CITY OF PORTLAND**
IN THE CITY COUNCIL

SARAH MICHNIEWICZ (1)
WESLEY PELLETIER (2)
REGINA L. PHILLIPS (3)
ANNA BULLETT (4)
KATE SYKES (5)

# ORDER AMENDING ORDER 182-25/26 RE: CLARIFYING RETROACTIVE APPLICATION OF DISPERSAL REQUIREMENTS FOR LARGE THEATERS AND PERFORMANCE HALLS

## AMENDMENT TO PORTLAND CITY CODE CHAPTER 14 RE: LARGE THEATER AND PERFORMANCE HALL DISPERSAL REQUIREMENT

**WHEREAS**, on August 11, 2025, by Order 9-25/25, the City Council voted to adopt a 180-day moratorium on theaters and performance halls with capacities exceeding 2,000 people, and in that Order the Council directed the Housing and Economic Development Committee to review the City Code, including Chapter 14, and develop amendments for consideration by the Planning Board and City Council; and

* * *

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF PORTLAND, MAINE IN CITY COUNCIL ASSEMBLED AS FOLLOWS:**

*That Chapter 14, Articles 3, and 6, are hereby amended to read as follows, on the following pages. The following amendments apply to all proceedings, applications, petitions, and approvals required under the City's Land Use Code that were or have been pending before any officer, board, or agency of the City on or any time after December 1, 2024 for the development of new theaters or performance halls with a capacity exceeding 1000 people.*

# 3 DEFINITIONS

* * *

# 6 USE STANDARDS

## 6.1 APPLICABILITY

* * *

**6.4.42 Theaters and Performance Halls (large) in the B-3 and WCZ zones**

A. A large theater and performance hall may not be located within 750 feet of another large theater and performance hall, as measured along and/or perpendicularly across public ways from the main entrance of each. The main entrance is defined as one or more public entrances intended to provide primary access for patrons to areas designed for public use, such as lobbies, vestibules, concourses, seating areas, or similar spaces. This definition does not include secondary entrances used primarily for staff, production, limited public or ADA access, or performers.

B. Any large theater and performance hall located in the B-3 or WCZ zones on or before December 1, 2024 shall not be required to comply with this dispersal requirement. If located within 750 feet of another large theater and performance hall, such business shall be considered a lawfully nonconforming use subject to the standards of Article 4 of this Code.

C. Where two or more large theater and performance halls operate on one site, and where each entity requires or has a separate business license, or displays in a manner visible from public property separate business trademarks, logos, service marks, or other mutually identifying names or symbols, each entity shall be counted as a separate large theater and performance hall for the purposes of this section.

## 6.2 CONDITIONAL USES

* * *

*The amendments set forth above apply to all proceedings, applications, petitions, and approvals required under the City's Land Use Code that were or have been pending before any officer, board, or agency of the City on or any time after December 1, 2024 for the development of new theaters or performance halls with a capacity exceeding 1000 people.*

MARK DION (MAYOR)
PIOUS ALI (A/L)
APRIL D. FOURNIER (A/L)
BENJAMIN GRANT (A/L)

**CITY OF PORTLAND**
IN THE CITY COUNCIL

SARAH MICHNIEWICZ (1)
WESLEY PELLETIER (2)
REGINA L. PHILLIPS (3)
ANNA BULLETT (4)
KATE SYKES (5)

**AMENDMENT TO PORTLAND CITY CODE**
**CHAPTER 14 RE: LARGE THEATER AND PERFORMANCE HALL DISPERSAL REQUIREMENT**

**WHEREAS**, on August 11, 2025, by Order 9-25/25, the City Council voted to adopt a 180-day moratorium on theaters and performance halls with capacities exceeding 2,000 people, and in that Order the Council directed the Housing and Economic Development Committee to review the City Code, including Chapter 14, and develop amendments for consideration by the Planning Board and City Council; and

**WHEREAS**, on February 3, 2026, the Housing and Economic Development Committee referred proposed amendments to Articles 3 and 6 of Chapter 14 of the City Code related to the dispersal requirement for theater and performance halls with an occupancy of 1,000 or more persons; and

**WHEREAS**, on February 23, 3026, by Order 131-25/25, the City Council voted to extend the moratorium; and

**WHEREAS**, after a public hearing on March 24, 2026, the Planning Board voted not to recommend the proposed amendments to Articles 3 and 6 of Chapter 14 to the City Council; and

**WHEREAS**, the City Council held a public hearing on the proposed amendments to Articles 3 and 6 of Chapter 14 on April 27, 2026; and

**WHEREAS**, the City Council considered all the oral testimony, public comment, written materials, reports and other information submitted at the hearing; and

**WHEREAS**, based on all of the information provided, the City Council finds that dispersing theater and performance halls with an occupancy of 1,000 or more persons by 750 feet will prevent the overburdening of public infrastructure and city services and help ensure safe road conditions for pedestrians, bicycles, and vehicles; and

**WHEREAS**, the City Council further finds that the 750-foot dispersal requirement will reduce single occupancy vehicle trips to and from the Portland peninsula, reduce parking demand and reduce motor vehicle congestion, which will create safer and more inviting streets for pedestrians and cyclists and improve the city's livability; and

**WHEREAS**, the City Council further finds that the 750-foot dispersal requirement will help the city's emergency response services meet the needs of all residents by mitigating motor vehicle congestion that could otherwise inhibit public safety responders from reaching individuals during an emergency; and

**WHEREAS**, the City Council further finds that the 750-foot dispersal requirement for large theaters and performance halls will also help avoid public harm to the creative economy, character, and vitality of the City's downtown region and ensure existing venues are not displaced, jobs at those venues are not lost, and the unique character of Portland's arts community and its accessibility for all residents is not eroded; and

**WHEREAS**, based on the foregoing, although the City Council respects the work done by the City's Planning Board, the City Council's findings lead to a different result in this matter, and the City Council concludes that the proposed amendments to Chapter 14, Articles 3, and 6, are consistent with the Comprehensive Plan; and

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF PORTLAND, MAINE IN CITY COUNCIL ASSEMBLED AS FOLLOWS:**

*That Chapter 14, Articles 3, and 6, are hereby amended to read as follows, on the following pages:*

# 3 DEFINITIONS

* * *

Tenant. Any occupant in lawful possession of a rental unit, whether by lease, sublease, or otherwise.

Theater or performance hall (small). Any establishment with a total occupancy of fewer than 1,000 persons, devoted to showing motion pictures, or for dramatic, musical, or live performances.

Theater or performance hall (large). Any establishment with a total occupancy of 1,000 or more persons, devoted to showing motion pictures, or for dramatic, musical, or live performances.

Tidal waters. All waters affected by tidal action during the highest annual tide.

* * *

# 6 USE STANDARDS

## 6.1 APPLICABILITY

### 6.1.1. In general

A. The use of buildings, structures, private property, and City-owned property are governed by this article, except when superseded by other applicable laws or ordinances. It is the intent that, when in doubt, this article should be interpreted to accommodate the goals of the City's Comprehensive Plan and other plans.

B. All uses shall comply with any applicable federal and state requirements, and any additional applicable federal, state, county, and/or city ordinances.

C. All uses shall comply with any supplemental use standards in Section 6.4 as applicable. Use standards address specific impacts, design or siting standards, and/or additional regulations outside of this Code.

## 6.2 DETERMINATION OF USE

### 6.2.1 Use tables

A. Tables 6-A to 6-G shall determine if a use is permitted (●), conditional (◐), or not permitted ( ) as a principal use within a zone. Where a use is listed as both permitted and conditional (●/◐), determination shall be based on the nature of such use as described in the use standards of Section 6.4. Unless otherwise noted, where a use is listed in terms of square footage, square footage figures shall correspond to the total square footage of the use as indicated.

B. Certain uses within Tables 6-A to 6-G shall meet required use standards listed in Section 6.4. A reference is provided in the "Use Standards" column the tables. In the case of conflict of required standards (i.e., a cross reference is missing from the table, the numbering of standards has changed but not updated in the Table, etc.), the use standards in Section 6.4 control.

### 6.2.2 Unlisted uses

A. Uses not expressly listed as permitted or conditional in Tables 6-A to 6-G are prohibited as principal uses except that a use may be permitted subject to meeting the following performance-based standards:
   1. The proposed use is consistent with the purposes of the zone.
   2. The proposed use is closely related to a permitted or conditional use in terms of character, scale, and external impacts.
   3. The buildings and structures associated with the proposed use are designed and operated so that it will prevent undue adverse environmental impacts, substantial diminution of the value or utility of neighboring structures, or significant hazards to the health or safety of neighboring residents by controlling noise levels, emissions, traffic, lighting, odor, and any other potential negative impacts.

B. The review authority shall determine whether the uses not listed as permitted or conditional uses meet the above standards. If it is determined that the use does not meet the above criteria, it shall not be permitted.

C. The review authority may impose reasonable conditions of approval on the proposed use to ensure that it is similar in character and impact to a permitted or conditional use.

### 6.2.3 Multiple uses

A. A lot may contain more than one principal use, providing each use is allowed within the zone. Each principal use shall be permitted separately. In certain cases, uses are defined in Article 3 to include accessory uses that provide necessary support or are functionally integrated into the principal use.

B. Notwithstanding the above, and unless otherwise specifically permitted by this Code, lots containing a single family, two-family, three-family, or four-family dwelling may contain more than one principal use only so long as the total number of dwelling units on the lot does not exceed four, or three on the islands, not including accessory dwelling units.

### 6.2.4 Uses operated in an enclosed structure

A. In all mixed-use, office, and industrial zones, uses shall be operated within a completely enclosed structure, except for those customarily operated in open air.

B. In the mixed-use zones, open air activities shall be those licensed by the City.

### 6.2.5 Uses in zones not listed

A. Use permissions for certain zones within this Code are not included in Tables 6-A to 6-G, but are addressed separately as follows:
   1. Use permissions for overlay zones are found in Article 8.
   2. Use permissions for the India Street Form-Based Code (IS-FBC) zone are found in Article 9.
   3. Use permissions for the waterfront zones are found in Article 10.

## 6.3 CHANGE OF USE

A change of use from one use in Tables 6-A to 6-G to another is governed by the requirements of the new use. The use of any part of any building, structure, or property shall not be changed to any other use, whether principal or accessory and whether alterations in the building, structure, or property are involved or not, until a permit and certificate of occupancy authorizing such change of use has first been secured from the Building Authority in accordance with Chapter 6 of the City of Portland Code of Ordinances.

TABLE 6-A: PERMITTED AND CONDITIONAL USES IN RESIDENTIAL NEIGHBORHOOD ZONES

| | | RN-1 | RN-2 | RN-3 | RN-4 | RN-5 | RN-6 | Use Standards |
|---|---|---|---|---|---|---|---|---|
| Residential | Single-family dwellings | ● | ● | ● | ● | | | |
| | Two-family dwellings | ● | ● | ● | ● | | | |
| | Three-family dwellings | ● | ● | ● | ● | | | |
| | Four-family dwellings | ● | ● | ● | ● | | | |
| | Multi-family dwellings | ◐ | ● | ◐ | ● | ● | ● | 6.4.12 |
| | Townhouse dwellings | | ● | | ● | | ● | 6.4.13 |
| | Group homes | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.17 |
| | Lodging houses | | | ◐ | ◐ | ● | ● | 6.4.21 |
| Institutional | Child care centers + small child care facilities | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.9 |
| | Elementary, middle, and secondary schools | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | |
| | Governmental uses | ● | ● | ● | ● | ● | ● | |
| | Places of assembly | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.30 |
| | Post-secondary schools | | | ◐ | ◐ | ◐ | ◐ | 6.4.31 |
| | Residential care facilities (small) | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.35 |
| | Residential care facilities (large) | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | |
| Comm. | Bed and breakfasts | | | | ●/◐ | ●/◐ | ●/◐ | 6.4.7 |
| | Hostels | | | | ●/◐ | ●/◐ | ●/◐ | 6.4.18 |
| | Market gardens | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.25 |
| | Neighborhood nonresidential reuse | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.26 |
| Other | Cemeteries | ● | ● | ● | ● | ● | ● | |
| | Parks and open spaces | ● | ● | ● | ● | ● | ● | |
| | Solar energy systems (minor) | ● | ● | ● | ● | ● | ● | 6.4.38 |
| | Utility substations | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.39 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-B: PERMITTED AND CONDITIONAL USES IN ISLAND ZONES

| | | IR-1 | IR-2 | I-B | Use Standards |
|---|---|---|---|---|---|
| Residential | Single-family dwellings | ● | ● | ● | |
| | Two-family dwellings | ● | ● | ● | |
| | Three-family dwellings | | | ● | |
| | Four-family dwellings | | | ● | |
| | Multi-family dwellings | | | ◐ | 6.4.12 |
| | Live/work dwellings | | | ● | |
| | Lodging houses | | ◐ | ● | 6.4.21 |
| Institutional | Child care centers + small child care facilities | ◐ | ◐ | ● | 6.4.9 |
| | Cultural facilities | | | ● | |
| | Elementary, middle, and secondary schools | ◐ | ◐ | ◐ | |
| | Governmental uses | ● | ● | ● | |
| | Places of assembly | ◐ | ◐ | ● | 6.4.30 |
| Commercial / Service | Auto service stations | | | ◐ | 6.4.5 |
| | Bed and breakfasts | | | ● | 6.4.7 |
| | General offices | | | ● | 6.4.15 |
| | General services | | | ● | |
| | Greenhouses/nurseries (retail) | | | ◐ | 6.4.16 |
| | Hotels | | | ◐ | 6.4.19 |
| | Market gardens | ◐ | ◐ | ● | 6.4.25 |
| | Neighborhood nonresidential reuse | ◐ | ◐ | | 6.4.26 |
| | Restaurants | | | ● | 6.4.34 |
| | Retail | | | ● | 6.4.36 |
| | Specialty food service | | | ● | |
| Other | Agriculture | ● | | | 6.4.3 |
| | Boathouses and storehouses for fishing equipment | ● | ● | ● | |
| | Campgrounds | ◐ | | | 6.4.8 |
| | Cemeteries | ◐ | ◐ | | |
| | Low-impact industrial | | | ● | |
| | Marinas | | | ● | |
| | Parks and open spaces | ● | ● | ● | |
| | Solar energy systems (minor) | ● | ● | ● | 6.4.38 |
| | Studios for artists and craftspeople | ● | ● | ● | |
| | Utility substations | ◐ | ◐ | ◐ | 6.4.39 |
| | Wharves, piers, docks, and landing ramps | ● | ● | ● | |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-C: PERMITTED AND CONDITIONAL USES IN MIXED-USE ZONES

| | | B-1 | B-2 | B-2b | B-3[1] | B-4 | B-5 | B-6 | Use Standards |
|---|---|---|---|---|---|---|---|---|---|
| Residential | Two-family dwellings | ● | ● | ● | ● | ● | ● | ● | |
| | Three-family dwellings | ● | ● | ● | ● | ● | ● | ● | |
| | Four-family dwellings | ● | ● | ● | ● | ● | ● | ● | |
| | Townhouse dwellings | ● | ● | ● | ● | ● | ● | ● | 6.4.13 |
| | Multi-family dwellings | ● | ● | ● | ● | ● | ● | ● | 6.4.12 |
| | Live/work dwellings | ● | ● | ● | ● | ● | ● | ● | |
| | Lodging houses | ● | ● | ● | ● | ● | ● | | 6.4.21 |
| Institutional | Child care centers + small child care facilities | ● | ● | ● | ● | ● | ● | ● | 6.4.9 |
| | Clinics | ● | ● | ● | ● | ● | ● | | |
| | Cultural facilities | ● | ● | ● | ● | ● | ● | ● | |
| | Elementary, middle, and secondary schools | ● | ● | ● | ● | | ● | ● | |
| | Emergency shelters | | | | ◐ | ◐ | ◐ | | 6.4.14 |
| | Governmental uses | ● | ● | ● | ● | ● | ● | | |
| | Places of assembly | ● | ● | ● | ● | ● | ● | ● | 6.4.30 |
| | Post-secondary schools | | ● | ● | ● | ● | ● | ● | 6.4.31 |
| | Residential care facilities (small) | ● | ● | ● | ● | ● | ● | ● | 6.4.35 |
| | Residential care facilities (large) | | ● | ● | ● | ● | ● | ● | |
| Commercial / Service | Adult business establishments | | | | ● | | | | 6.4.2 |
| | Auto, boat, and related dealerships | | ◐ | | | ● | | | 6.4.5 |
| | Auto service stations | | ◐ | ◐ | | ● | | | |
| | Bars | | ● | ● | ● | ● | ● | ● | 6.4.6 |
| | Bed and breakfasts | ● | ● | ● | ● | | | | 6.4.7, 6.4.10 |
| | Exhibition, meeting, and convention halls | | | | ● | ● | ● | ◐ | |
| | Funeral homes | | ● | ● | | ● | | | |
| | General offices | ● | ● | ● | ● | ● | ● | ● | 6.4.15, 6.4.10 |
| | General services | ● | ● | ● | ● | ● | ● | ● | |
| | Greenhouses/nurseries (retail) | | ◐ | ◐ | | ◐ | | | |
| | Hostels | ● | | | ● | | ● | | 6.4.18, 6.4.10 |
| | Hotels | | ● | | ● | ● | ● | ● | 6.4.19 |
| | Intermodal transportation facilities | | ● | ● | ● | ● | ● | ● | |
| | Marijuana retail stores | | ● | | ● | ● | | | 6.4.23 |
| | Market gardens | ● | ● | ● | ● | ● | ● | ● | 6.4.25, 6.4.10 |
| | Recreation and amusement centers | | ● | ● | | ● | ● | | |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-C (CONT.): PERMITTED AND CONDITIONAL USES IN MIXED-USE ZONES

| | | B-1 | B-2 | B-2b | B-3[1] | B-4 | B-5 | B-6 | Use Standards |
|---|---|---|---|---|---|---|---|---|---|
| Commercial/Service | Registered marijuana dispensaries | | ● | | ● | ● | | | 6.4.23 |
| | Restaurants | ● | ● | ● | ● | ● | ● | ● | 6.4.34, 6.4.10 |
| | Retail | ● | ● | ● | ● | ● | ● | ● | 6.4.36, 6.4.10 |
| | Small-scale marijuana caregivers | | ● | ● | ● | ● | | | 6.4.23 |
| | Specialty food service | ● | ● | ● | ● | ● | ● | ● | 6.4.10 |
| | Theaters and performance halls (small) | | ● | ● | ● | ● | ● | ● | |
| | Theaters and performance halls (large) | | ● | ● | ● | ● | ● | ● | 6.4.42 |
| | Veterinary services | | ● | ● | | ● | | | |
| Industrial | Animal-related services | | | | | ● | | | |
| | Communication studios | | ● | ● | ● | ● | ● | ● | |
| | Dairies | | ● | ● | | ● | | | 6.4.11 |
| | Impound lots | | | | | ● | | | 6.4.20 |
| | Laboratory and research facilities | | ◐ | ◐ | ◐ | ● | ◐ | ◐ | |
| | Low-impact industrial | ● | ● | ● | ● | ● | ● | ● | 6.4.22 |
| | Marijuana manufacturing facilities | | | | | ● | | | 6.4.23 |
| | Marijuana testing facilities | | | | | ● | | | |
| | Printing and publishing | | | | ● | ● | ● | ● | 6.4.32 |
| | Self-storage facilities | | | | | ● | | | 6.4.37 |
| | Studios for artists and craftspeople | ● | ● | ● | ● | ● | ● | ● | |
| | Warehousing and distribution facilities | | | | | ● | | | 6.4.40 |
| Other | Marine uses | | | | | | ● | ● | 6.4.24 |
| | Off-street parking | | | | ●/◐ | | ● | ◐ | 6.4.27 |
| | Parks and open spaces | ● | ● | ● | ● | ● | ● | ● | |
| | Social service centers | | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | |
| | Solar energy systems (minor) | ● | ● | ● | ● | ● | ● | ● | 6.4.38 |
| | Solar energy systems (major) | | | | | ◐ | | | |
| | Utility substations | ● | ● | ● | ● | ● | ● | ● | 6.4.39 |
| | Wind energy systems (minor) | | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | 6.4.41 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

[1] Uses within the B-3 zone may be subject to the standards of the Pedestrian Activities District (PAD) Overlay found in Section 8.5 of this Code.

TABLE 6-D: PERMITTED AND CONDITIONAL USES IN TRANSIT-ORIENTED DEVELOPMENT ZONES

| | | TOD-1 | TOD-2 | Use Standards |
|---|---|---|---|---|
| Residential | Townhouse dwellings | ● | ● | 6.4.13 |
| | Multi-family dwellings | ● | ● | 6.4.12 |
| | Live/work dwellings | ● | ● | |
| | Lodging houses | ● | ● | 6.4.21 |
| Institutional | Child care centers + small child care facilities | ● | ● | 6.4.9 |
| | Clinics | ● | ● | |
| | Cultural facilities | ● | ● | |
| | Elementary, middle, and secondary schools | ● | ● | |
| | Governmental uses | ● | ● | |
| | Places of assembly | ● | ● | 6.4.30 |
| | Post-secondary schools | | ● | 6.4.31 |
| | Residential care facilities (small) | ● | ● | 6.4.35 |
| | Residential care facilities (large) | ● | ● | |
| Commercial / Service | Bars | ● | ● | 6.4.6 |
| | Exhibition, meeting, and convention halls | | ● | |
| | General offices | ● | ● | |
| | General services | ● | ● | |
| | Hostels | | ● | 6.4.18 |
| | Hotels | | ● | |
| | Intermodal transportation facilities | ● | ● | |
| | Recreation and amusement centers | | ● | |
| | Restaurants | ● | ● | |
| | Retail | ● | ● | |
| | Specialty food service | ● | ● | |
| | Theaters and performance halls (small) | ● | ● | |
| | Theaters and performance halls (large) | ● | ● | 6.4.42 |
| | Veterinary services | ● | ● | |
| Industrial | Communication studios | ● | ● | |
| | Low impact industrial | ● | ● | 6.4.22 |
| | Studios for artists and craftspeople | ● | ● | |
| Other | Parks and open spaces | ● | ● | |
| | Solar energy systems (minor) | ● | ● | 6.4.38 |
| | Utility substations | ● | ● | 6.4.39 |

| | | TOD-1 | TOD-2 | Use Standards |
|---|---|---|---|---|
| | Wind energy systems (minor) | ◐ | ◐ | 6.4.41 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-E: PERMITTED AND CONDITIONAL USES IN OFFICE ZONES

| | | O | Use Standards |
|---|---|---|---|
| Inst. | Child care centers + small child care facilities | ● | 6.4.9 |
| | Governmental uses | ● | |
| Com | General offices | ● | |
| | Office parks | ● | 6.4.28 |
| Ind. | Laboratory and research facilities | ● | |
| | Printing and publishing | ● | 6.4.32 |
| Other | Parks and open space | ● | |
| | Solar energy systems (minor) | ● | 6.4.38 |
| | Utility substations | | |
| | Wind energy systems (minor) | ◐ | 6.4.41 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-F: PERMITTED AND CONDITIONAL USES IN INDUSTRIAL & AIRPORT ZONES

| | | I-L/I-Lb | I-M/I-Mb | I-H | A-B[1] | Use Standards |
|---|---|---|---|---|---|---|
| | Live/work dwellings | ● | | | | |
| Institutional | Airports | | | | ● | |
| | Child care centers + small child care facilities | ● | ● | | ● | 6.4.9 |
| | Emergency shelters | ◐ | ◐ | ◐ | | 6.4.14 |
| | Places of assembly | ● | | | | 6.4.30 |
| Commercial / Service | Bars | | | | ● | 6.4.6 |
| | General offices | ● | ● | | | 6.4.15 |
| | General services | | | | ● | |
| | Hotels | | | | ● | |
| | Intermodal transportation facilities | ● | ● | | | |
| | Market gardens | ● | | | | 6.4.25 |
| | Recreation and amusement centers | ● | ● | | | |
| | Restaurants | | | | ● | |
| | Self-storage facilities | | ● | ● | | 6.4.37 |
| | Specialty food service | ● | ● | | | |
| | Veterinary services | ● | ● | ● | | |
| Industrial | Animal-related services | ● | ● | ● | | 6.4.4 |
| | Auto service stations | ● | ● | ● | ● | 6.4.5 |
| | Construction & engineering services | ● | ● | ● | | |
| | Dairies | ● | ● | ● | | |
| | Food & seafood processing, packing, and distribution | | ● | ● | | |
| | High-impact industrial uses | | | ● | | |
| | Impound lots | | ● | ● | | 6.4.20 |
| | Laboratory and research facilities | ● | ● | ● | | |
| | Low-impact industrial | ● | ● | ● | | 6.4.22 |
| | Lumber yards | ● | ● | ● | | |
| | Marijuana cultivation facilities | ● | ● | ● | | |
| | Marijuana manufacturing facilities | ● | ● | ● | | 6.4.23 |
| | Marijuana testing facilities | ● | ● | ● | | |
| | Printing and publishing | ● | ● | ● | | |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

TABLE 6-F (CONT.): PERMITTED AND CONDITIONAL USES IN INDUSTRIAL & AIRPORT ZONES

| | | I-L/I-Lb | I-M/I-Mb | I-H | A-B[1] | Use Standards |
|---|---|---|---|---|---|---|
| Industrial | Recycling facilities | | ● | ● | | 6.4.33 |
| Industrial | Solid waste disposal facilities | | ● | ● | | 6.4.33 |
| Industrial | Studios for artists and craftspeople | ● | ● | | | |
| Industrial | Warehousing and distribution facilities | ● | ● | ● | | 6.4.40 |
| Other | Off-street parking | | | | ● | |
| Other | Social service centers | ◐ | ◐ | ◐ | | |
| Other | Solar energy systems (minor) | ● | ● | ● | ● | 6.4.38 |
| Other | Solar energy systems (major) | | ● | ● | ◐ | 6.4.38 |
| Other | Telecommunication towers (ground-mounted) | | ● | ● | | |
| Other | Utility substations | ● | ● | ● | | 6.4.39 |
| Other | Wind energy systems (minor) | ◐ | ● | ● | ● | 6.4.41 |
| Other | Wind energy systems (major) | | ● | ● | ◐ | 6.4.41 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

[1] Permitted uses on lots within airport restricted access areas shall be limited to those which do not require or encourage access or visits by the public and which provide technical administrative or other support to airport operations.

TABLE 6-G: PERMITTED AND CONDITIONAL USES IN OPEN SPACE ZONES

| | OS-R[1] | OS-P | Use Standards |
|---|---|---|---|
| Cemeteries | ● | | |
| Cultural facilities | ◐ | | |
| Marinas | ● | | |
| Parks and open space | ● | ● | 6.4.29 |
| Solar energy systems (minor) | ◐ | | 6.4.38, 6.5.6 |
| Solar energy systems (major) | ◐ | | 6.4.38, 6.5.6 |
| Stadiums | ◐ | | 6.5.6 |
| Utility substations | ●/◐ | | 6.4.39, 6.5.6 |
| Wharves, piers, docks, and landing ramps | ● | ◐ | |
| Wind energy systems (minor) | ◐ | | 6.4.41, 6.5.6 |

Key: ● = permitted | ◐ = conditional | Blank = not permitted | ●/◐ = permitted or conditional per use standards

[1] Accessory uses within structures of 2,500 SF or more shall be treated as a conditional use under subsection 6.5.6.

## 6.4 SUPPLEMENTAL USE STANDARDS

These standards shall apply to the following uses as indicated in Tables 6-A to 6-G, whether permitted or conditional. Where a use is allowed as conditional, these standards apply in addition to the general conditional use standards in Section 6.5.

* * *

### 6.4.42 Theaters and Performance Halls (large) in the B-3 and WCZ zones

A. A large theater and performance hall may not be located within 750 feet of another large theater and performance hall, as measured along and/or perpendicularly across public ways from the main entrance of each. The main entrance is defined as one or more public entrances intended to provide primary access for patrons to areas designed for public use, such as lobbies, vestibules, concourses, seating areas, or similar spaces. This definition does not include secondary entrances used primarily for staff, production, limited public or ADA access, or performers.

B. Any large theater and performance hall located in the B-3 or WCZ zones on or before December 1, 2024 shall not be required to comply with this dispersal requirement. If located within 750 feet of another large theater and performance hall, such business shall be considered a lawfully nonconforming use subject to the standards of Article 4 of this Code.

C. Where two or more large theater and performance halls operate on one site, and where each entity requires or has a separate business license, or displays in a manner visible from public property separate business trademarks, logos, service marks, or other mutually identifying names or symbols, each entity shall be counted as a separate large

theater and performance hall for the purposes of this section.

## 6.5 CONDITIONAL USES

* * *