UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PORTLAND MUSIC HOLDINGS LLC,       )
                                   )
        Plaintiff                  )
                                   )
v.                                 )   CIVIL NO. 2:26-cv-00304-JCN
                                   )
CITY OF PORTLAND,                  )
                                   )
        Defendant                  )

ORDER RE: CONSENT

In accordance with the Court's "Pilot Plan for the Assignment of Civil Cases to U.S. Magistrate Judges," this matter has been preliminarily assigned to Magistrate Judge John C. Nivison to conduct all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.  Pursuant to the Pilot Plan and 28 U.S.C. § 636, for a Magistrate Judge to preside over all proceedings in a case, the parties' consent is necessary.  The parties shall confer to determine whether all parties consent to Magistrate Judge John C. Nivison conducting all proceedings. If the parties do not consent, the matter will be randomly assigned to a District Judge.

It is hereby ORDERED that the parties shall complete and jointly file the attached Declaration Regarding Consent to the Magistrate Judge form to inform the Court whether they consent to Magistrate Judge John C. Nivison conducting all proceedings by: August 4, 2026.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated: July 21, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PORTLAND MUSIC HOLDINGS LLC,   )
   )
      Plaintiff   )
   )
v.   )   CIVIL NO. 2:26-cv-00304-JCN
   )
CITY OF PORTLAND,   )
   )
      Defendant   )

**DECLARATION REGARDING CONSENT TO MAGISTRATE JUDGE**

☐     The parties, pursuant to Federal Rule of Civil Procedure 73(b), consent to Magistrate Judge John C. Nivison conducting all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.

☐     The parties decline to consent to Magistrate Judge John C. Nivison conducting all proceedings in this case.  We ask that the case be assigned to a United States District Judge. We understand that Magistrate Judge John C. Nivison will conduct all proceedings and decide matters referred by the United States District Judge in accordance with 28 U.S.C. § 636(c).

Dated:                                _____
                                      Attorney for Plaintiff(s)

Dated:                                _____
                                      Attorney for Defendant(s)