NORMAN HANSON DETROY

Norman Hanson & DeTroy, LLC
Attorneys at Law
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600

T 207.774.7000
F 207.775.0806
www.nhdlaw.com
rpierce@nhdlaw.com

**Russell B. Pierce, Jr.**

October 16, 2026

**VIA SUBMISSION AS LETTER CORRESPONDENCE ON THE CM-ECF DOCKET**
**Case 2:26-cv-00304-JCN Portland Music Holdings, Inc. v. City of Portland**

Dear Judge Nivison:

At the end of the oral argument hearing in the above matter on September 30, 2026, you requested any updates relating to the status of the Plaintiff's development application with the City's Planning Department. This will confirm that the Planning Department had put the application on hold as a matter of departmental standard procedure for any matter in litigation. The Planning Department has confirmed for the Plaintiff that the application will continue to be on hold pending this case.

Please do not hesitate to let us know if the Court wishes any further follow up in this regard.

Very truly yours,

*<u>/s/ Russell B. Pierce, Jr.</u>*
Russell B. Pierce, Jr., Esq.
Attorney for Defendant City of Portland

Norman, Hanson & DeTroy, LLC
220 Middle Street, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
rpierce@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed this **Letter Correspondence to Court** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Russell B. Pierce, Jr.*
Russell B. Pierce, Jr., Esq.
Attorney for Defendant City of Portland

Norman, Hanson & DeTroy, LLC
220 Middle Street, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
rpierce@nhdlaw.com